**Dismissed and Opinion Filed May 23, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00267-CV

### IN THE INTEREST OF R.N.N., A CHILD

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-12-1337**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Myers

Appellant's brief in this case is overdue. By postcard dated April 24, 2019, we notified appellant that the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Lana Myers/
LANA MYERS
JUSTICE

190267F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF R.N.N., A CHILD

No. 05-19-00267-CV

On Appeal from the 397th Judicial District Court, Grayson County, Texas
Trial Court Cause No. FA-12-1337.
Opinion delivered by Justice Myers,
Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 23rd day of May 2019.